**Exhibit A**

| Trust | Short Title | Depositor | Sponsor |
|---|---|---|---|
| Bear Stearns Mortgage Funding Trust 2006-AR3 | BSMF 2006-AR3 | Structured Asset Mortgage Investments II Inc. | EMC Mortgage Corporation |
| Bear Stearns Mortgage Funding Trust 2007-AR3 | BSMF 2007-AR3 | Structured Asset Mortgage Investments II Inc. | EMC Mortgage Corporation |
| Bear Stearns Mortgage Funding Trust 2007-AR5 | BSMF 2007-AR5 | Structured Asset Mortgage Investments II Inc. | EMC Mortgage Corporation |
| Carrington Mortgage Loan Trust, Series 2006-NC3 | CARR 2006-NC3 | Stanwich Asset Acceptance Company, L.L.C. | Carrington Securities, LP |
| Carrington Mortgage Loan Trust, Series 2007-FRE1 | CARR 2007-FRE1 | Stanwich Asset Acceptance Company, L.L.C. | Carrington Securities, LP |
| First Franklin Mortgage Loan Trust 2006-FFA | FFML 2006-FFA | Structured Asset Securities Corporation | Lehman Brothers Holdings Inc. |
| Impac CMB Trust Series 2005-6 | IMM 2005-6 | IMH Assets Corp. | Impac Mortgage Holdings, Inc. |
| Impac Secured Assets Corp, Mortgage Pass-Through Certificates, Series 2005-2 | IMSA 2005-2 | Impac Secured Assets Corp. | Impac Funding Corporation |
| Ownit Mortgage Loan Trust, Series 2006-2 | OWNIT 2006-2 | Merrill Lynch Mortgage Investors, Inc. | Merrill Lynch Mortgage Lending Inc. |
| Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WLL1 | PPSI 2005-WLL1 | Park Place Securities, Inc. | Ameriquest Mortgage Company |
| Securitized Asset Back Receivables LLC Trust 2006-FR2 | SABR 2006-FR2 | Securitized Asset Backed Receivables LLC | Sutton Funding LLC |
| Securitized Asset Backed Receivables LLC Trust 2006-WM2 | SABR 2006-WM2 | Securitized Asset Backed Receivables LLC | Sutton Funding LLC |