**Exhibit B**

| Portfolio | Deal Name | CUSIP | Tranche | Original Face Value |
|---|---|---|---|---|
| Silver Elms CDO II Limited | BSMF 2006-AR3 | 07400HAG8 | 1B2 | $ 8,229,000.00 |
| Silver Elms CDO II Limited | BSMF 2006-AR3 | 07400HAH6 | 1B3 | $ 3,032,000.00 |
| Phoenix Light SF Limited | BSMF 2007-AR3 | 07401VAA9 | 1A1 | $ 58,300,000.00 |
| Blue Heron Funding IX Ltd. | BSMF 2007-AR5 | 07400NAS9 | 2A1 | $ 15,000,000.00 |
| Blue Heron Funding VI Ltd. | BSMF 2007-AR5 | 07400NAS9 | 2A1 | $ 5,000,000.00 |
| Blue Heron Funding VII Ltd. | BSMF 2007-AR5 | 07400NAS9 | 2A1 | $ 5,000,000.00 |
| Blue Heron Funding V Ltd. | BSMF 2007-AR5 | 07400NAS9 | 2A1 | $ 15,000,000.00 |
| Kleros Preferred Funding V PLC | CARR 2006-NC3 | 144528AH9 | M4 | $ 12,000,000.00 |
| Silver Elms CDO PLC | CARR 2007-FRE1 | 144527AF5 | M2 | $ 5,178,000.00 |
| Kleros Preferred Funding V PLC | CARR 2007-FRE1 | 144527AG3 | M3 | $ 200,000.00 |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AD8 | A4 | $ 43,772,000.00 |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AD8 | A4 | $ 18,000,000.00 |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AE6 | M1 | $ 14,066,000.00 |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AE6 | M1 | $ 5,000,000.00 |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AH9 | M3 | $ 14,957,000.00 |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AH9 | M3 | $ 5,000,000.00 |
| Blue Heron Funding II Ltd. | IMM 2005-6 | 45254NQG5 | 1A1 | $ 20,000,000.00 |
| Blue Heron Funding V Ltd. | IMM 2005-6 | 45254NQG5 | 1A1 | $ 20,000,000.00 |
| Blue Heron Funding IX Ltd. | IMM 2005-6 | 45254NQG5 | 1A1 | $ 20,000,000.00 |
| Phoenix Light SF Limited | IMM 2005-6 | 45254NQG5 | 1A1 | $ 20,000,000.00 |
| Phoenix Light SF Limited | IMM 2005-6 | 45254NQK6 | 1M1 | $ 45,000,000.00 |
| Blue Heron Funding IX Ltd. | IMSA 2005-2 | 45254TSR6 | A2C | $ 17,002,000.00 |
| Blue Heron Funding V Ltd. | IMSA 2005-2 | 45254TSR6 | A2C | $ 11,000,000.00 |
| Phoenix Light SF Limited | IMSA 2005-2 | 45254TSR6 | A2C | $ 30,000,000.00 |
| Blue Heron Funding II Ltd. | IMSA 2005-2 | 45254TST2 | M1 | $ 14,106,000.00 |
| Phoenix Light SF Limited | IMSA 2005-2 | 45254TST2 | M1 | $ 7,500,000.00 |
| C-BASS CBO XVII Ltd. | OWNIT 2006-2 | 69121PDN0 | B1 | $ 5,000,000.00 |
| C-BASS CBO XVII Ltd. | OWNIT 2006-2 | 69121PDP5 | B2 | $ 4,961,000.00 |
| C-BASS CBO XVII Ltd. | OWNIT 2006-2 | 69121PDQ3 | B3 | $ 2,000,000.00 |
| C-BASS CBO XIV Ltd. | PPSI 2005-WLL1 | 70069FHB6 | M6 | $ 1,893,500.00 |
| C-BASS CBO XIV Ltd. | PPSI 2005-WLL1 | 70069FHC4 | M7 | $ 5,473,000.00 |
| C-BASS CBO XIV Ltd. | PPSI 2005-WLL1 | 70069FHD2 | M8 | $ 5,262,500.00 |
| C-BASS CBO XVII Ltd. | PPSI 2005-WLL1 | 70069FHD2 | M8 | $ 4,735,000.00 |
| C-BASS CBO XIV Ltd. | PPSI 2005-WLL1 | 70069FHE0 | M9 | $ 2,947,000.00 |
| C-BASS CBO XVII Ltd. | PPSI 2005-WLL1 | 70069FHE0 | M9 | $ 2,947,000.00 |
| C-BASS CBO XIV Ltd. | PPSI 2005-WLL1 | 70069FHF7 | M10 | $ 3,157,500.00 |
| C-BASS CBO XVII Ltd. | PPSI 2005-WLL1 | 70069FHF7 | M10 | $ 3,157,500.00 |
| C-BASS CBO XVII Ltd. | SABR 2006-FR2 | 81376VAE7 | M2 | $ 2,000,000.00 |
| Phoenix Light SF Limited | SABR 2006-WM2 | 81376GAE0 | A2D | $ 10,000,000.00 |