Exhibit D

| Portfolio | Deal Name | CUSIP | Tranche | Moody's Original | Moody's Current | Fitch Original | Fitch Current | S&P Original | S&P Current |
|---|---|---|---|---|---|---|---|---|---|
| Silver Elms CDO II Limited | BSMF 2006-AR3 | 07400HAG8 | 1B2 | Aa1 | WR | N/A | N/A | AA | D |
| Silver Elms CDO II Limited | BSMF 2006-AR3 | 07400HAH6 | 1B3 | Aa1 | WR | N/A | N/A | AA- | D |
| Phoenix Light SF Limited | BSMF 2007-AR3 | 07401VAA9 | 1A1 | Aaa | Caa3 | N/A | N/A | AAA | CCC |
| Blue Heron Funding IX Ltd. | BSMF 2007-AR5 | 07400NAS9 | 2A1 | Aaa | B1 | N/A | N/A | AAA | CCC |
| Blue Heron Funding VI Ltd. | BSMF 2007-AR5 | 07400NAS9 | 2A1 | Aaa | B1 | N/A | N/A | AAA | CCC |
| Blue Heron Funding VII Ltd. | BSMF 2007-AR5 | 07400NAS9 | 2A1 | Aaa | B1 | N/A | N/A | AAA | CCC |
| Blue Heron Funding V Ltd. | BSMF 2007-AR5 | 07400NAS9 | 2A1 | Aaa | B1 | N/A | N/A | AAA | CCC |
| Kleros Preferred Funding V PLC | CARR 2006-NC3 | 144528AH9 | M4 | A1 | WR | A+ | WD | A+ | D |
| Silver Elms CDO PLC | CARR 2007-FRE1 | 144527AF5 | M2 | Aa2 | C | AA | C | AA | D |
| Kleros Preferred Funding V PLC | CARR 2007-FRE1 | 144527AG3 | M3 | Aa3 | C | AA- | D | AA- | D |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AD8 | A4 | Aaa | C | AAA | C | AAA | CCC |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AD8 | A4 | Aaa | C | AAA | C | AAA | CCC |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AE6 | M1 | Aa1 | C | AA+ | WD | AA+ | D |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AE6 | M1 | Aa1 | C | AA+ | WD | AA+ | D |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AH9 | M3 | Aa3 | WR | AA- | WD | AA- | D |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AH9 | M3 | Aa3 | WR | AA- | WD | AA- | D |
| Blue Heron Funding II Ltd. | IMM 2005-6 | 45254NQG5 | 1A1 | Aaa | Caa2 | N/A | N/A | AAA | CC |
| Blue Heron Funding V Ltd. | IMM 2005-6 | 45254NQG5 | 1A1 | Aaa | Caa2 | N/A | N/A | AAA | CC |
| Blue Heron Funding IX Ltd. | IMM 2005-6 | 45254NQG5 | 1A1 | Aaa | Caa2 | N/A | N/A | AAA | CC |
| Phoenix Light SF Limited | IMM 2005-6 | 45254NQG5 | 1A1 | Aaa | Caa2 | N/A | N/A | AAA | CC |
| Phoenix Light SF Limited | IMM 2005-6 | 45254NQK6 | 1M1 | Aa2 | C | N/A | N/A | AA | D |
| Phoenix Light SF Limited | IMSA 2005-2 | 45254TSR6 | A2C | Aaa | Caa3 | N/A | N/A | AAA | NR |
| Blue Heron Funding V Ltd. | IMSA 2005-2 | 45254TSR6 | A2C | Aaa | Caa3 | N/A | N/A | AAA | NR |
| Blue Heron Funding IX Ltd. | IMSA 2005-2 | 45254TSR6 | A2C | Aaa | Caa3 | N/A | N/A | AAA | NR |
| Blue Heron Funding II Ltd. | IMSA 2005-2 | 45254TST2 | M1 | Aa1 | WR | N/A | N/A | AA+ | NR |
| Phoenix Light SF Limited | IMSA 2005-2 | 45254TST2 | M1 | Aa1 | WR | N/A | N/A | AA+ | NR |
| C-BASS CBO XVII Ltd. | OWNIT 2006-2 | 69121PDN0 | B1 | Baa1 | WR | N/A | N/A | A | D |
| C-BASS CBO XVII Ltd. | OWNIT 2006-2 | 69121PDP5 | B2 | Baa2 | WR | N/A | N/A | A- | D |
| C-BASS CBO XVII Ltd. | OWNIT 2006-2 | 69121PDQ3 | B3 | Baa3 | WR | N/A | N/A | BBB+ | D |
| C-BASS CBO XIV Ltd. | PPSI 2005-WLL1 | 70069FHB6 | M6 | A3 | C | A- | C | A- | CC |
| C-BASS CBO XIV Ltd. | PPSI 2005-WLL1 | 70069FHC4 | M7 | Baa1 | C | BBB+ | D | BBB+ | D |
| C-BASS CBO XIV Ltd. | PPSI 2005-WLL1 | 70069FHD2 | M8 | Baa2 | C | BBB | WD | BBB | D |
| C-BASS CBO XVII Ltd. | PPSI 2005-WLL1 | 70069FHD2 | M8 | Baa2 | C | BBB | WD | BBB | D |
| C-BASS CBO XIV Ltd. | PPSI 2005-WLL1 | 70069FHE0 | M9 | Baa3 | C | BBB- | WD | BBB- | D |
| C-BASS CBO XVII Ltd. | PPSI 2005-WLL1 | 70069FHE0 | M9 | Baa3 | C | BBB- | WD | BBB- | D |
| C-BASS CBO XIV Ltd. | PPSI 2005-WLL1 | 70069FHF7 | M10 | Ba1 | WR | BB+ | WD | BB+ | D |
| C-BASS CBO XVII Ltd. | PPSI 2005-WLL1 | 70069FHF7 | M10 | Ba1 | WR | BB+ | WD | BB+ | D |
| C-BASS CBO XVII Ltd. | SABR 2006-FR2 | 81376VAE7 | M2 | A2 | C | A+ | WD | A | D |
| Phoenix Light SF Limited | SABR 2006-WM2 | 81376GAE0 | A2D | Aaa | Ca | AAA | C | AAA | CCC |