Exhibit E

| Portfolio | Deal Name | CUSIP | Tranche | 60+ Delinquent (incl foreclosure, bankruptcy and real estate owned) | 90+ Delinquent (incl foreclosure, bankruptcy and real estate owned) | Collateral Write Down |
|---|---|---|---|---|---|---|
| Silver Elms CDO II Limited | BSMF 2006-AR3 | 07400HAG8 | 1B2 | 24.66 | 23.88 | 40.04 |
| Silver Elms CDO II Limited | BSMF 2006-AR3 | 07400HAH6 | 1B3 | 24.66 | 23.88 | 40.04 |
| Phoenix Light SF Limited | BSMF 2007-AR3 | 07401VAA9 | 1A1 | 28.01 | 27.58 | 40.54 |
| Blue Heron Funding IX Ltd. | BSMF 2007-AR5 | 07400NAS9 | 2A1 | 25.33 | 25.12 | 32.22 |
| Blue Heron Funding VI Ltd. | BSMF 2007-AR5 | 07400NAS9 | 2A1 | 25.33 | 25.12 | 32.22 |
| Blue Heron Funding VII Ltd. | BSMF 2007-AR5 | 07400NAS9 | 2A1 | 25.33 | 25.12 | 32.22 |
| Blue Heron Funding V Ltd. | BSMF 2007-AR5 | 07400NAS9 | 2A1 | 25.33 | 25.12 | 32.22 |
| Kleros Preferred Funding V PLC | CARR 2006-NC3 | 144528AH9 | M4 | 35.67 | 33.74 | 30.24 |
| Silver Elms CDO PLC | CARR 2007-FRE1 | 144527AF5 | M2 | 41.09 | 39.41 | 32.53 |
| Kleros Preferred Funding V PLC | CARR 2007-FRE1 | 144527AG3 | M3 | 41.09 | 39.41 | 32.53 |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AD8 | A4 | 16.14 | 15.24 | 62.99 |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AD8 | A4 | 16.14 | 15.24 | 62.99 |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AE6 | M1 | 16.25 | 15.41 | 62.44 |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AE6 | M1 | 16.25 | 15.41 | 62.44 |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AH9 | M3 | 16.25 | 15.41 | 62.44 |
| Phoenix Light SF Limited | FFML 2006-FFA | 318340AH9 | M3 | 16.25 | 15.41 | 62.44 |
| Blue Heron Funding II Ltd. | IMM 2005-6 | 45254NQG5 | 1A1 | 20.91 | 19.55 | 14.34 |
| Blue Heron Funding V Ltd. | IMM 2005-6 | 45254NQG5 | 1A1 | 20.91 | 19.55 | 14.34 |
| Blue Heron Funding IX Ltd. | IMM 2005-6 | 45254NQG5 | 1A1 | 20.91 | 19.55 | 14.34 |
| Phoenix Light SF Limited | IMM 2005-6 | 45254NQG5 | 1A1 | 20.91 | 19.55 | 14.34 |
| Phoenix Light SF Limited | IMM 2005-6 | 45254NQK6 | 1M1 | 20.91 | 19.55 | 14.34 |
| Phoenix Light SF Limited | IMSA 2005-2 | 45254TSR6 | A2C | 22.69 | 21.66 | 20.78 |
| Blue Heron Funding V Ltd. | IMSA 2005-2 | 45254TSR6 | A2C | 22.69 | 21.66 | 20.78 |
| Blue Heron Funding IX Ltd. | IMSA 2005-2 | 45254TSR6 | A2C | 22.69 | 21.66 | 20.78 |
| Blue Heron Funding II Ltd. | IMSA 2005-2 | 45254TST2 | M1 | 22.69 | 21.66 | 20.78 |
| Phoenix Light SF Limited | IMSA 2005-2 | 45254TST2 | M1 | 22.69 | 21.66 | 20.78 |
| C-BASS CBO XVII Ltd. | OWNIT 2006-2 | 69121PDN0 | B1 | 18.72 | 17.74 | 29.34 |
| C-BASS CBO XVII Ltd. | OWNIT 2006-2 | 69121PDP5 | B2 | 18.72 | 17.74 | 29.34 |
| C-BASS CBO XVII Ltd. | OWNIT 2006-2 | 69121PDQ3 | B3 | 18.72 | 17.74 | 29.34 |
| C-BASS CBO XIV Ltd. | PPSI 2005-WLL1 | 70069FHB6 | M6 | 21.91 | 20.81 | 11.84 |
| C-BASS CBO XIV Ltd. | PPSI 2005-WLL1 | 70069FHC4 | M7 | 21.91 | 20.81 | 11.84 |
| C-BASS CBO XIV Ltd. | PPSI 2005-WLL1 | 70069FHD2 | M8 | 21.91 | 20.81 | 11.84 |
| C-BASS CBO XVII Ltd. | PPSI 2005-WLL1 | 70069FHD2 | M8 | 21.91 | 20.81 | 11.84 |
| C-BASS CBO XIV Ltd. | PPSI 2005-WLL1 | 70069FHE0 | M9 | 21.91 | 20.81 | 11.84 |
| C-BASS CBO XVII Ltd. | PPSI 2005-WLL1 | 70069FHE0 | M9 | 21.91 | 20.81 | 11.84 |
| C-BASS CBO XIV Ltd. | PPSI 2005-WLL1 | 70069FHF7 | M10 | 21.91 | 20.81 | 11.84 |
| C-BASS CBO XVII Ltd. | PPSI 2005-WLL1 | 70069FHF7 | M10 | 21.91 | 20.81 | 11.84 |
| C-BASS CBO XVII Ltd. | SABR 2006-FR2 | 81376VAE7 | M2 | 40.01 | 38.26 | 32.55 |
| Phoenix Light SF Limited | SABR 2006-WM2 | 81376GAE0 | A2D | 25.51 | 23.80 | 47.01 |