UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHOENIX LIGHT SF LIMITED, ET AL.,

Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

Defendant.

No. 1:14-CV-10102 (RMB)

ECF Case

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Jayant W. Tambe of Jones Day, with offices located at

222 East 41st Street, New York, NY 10017, hereby appears on behalf of defendant Wells Fargo

Bank, N.A.

I hereby certify that I am admitted to practice before this Court.

Dated: February 9, 2015
New York, New York

/s/ Jayant W. Tambe
Jayant W. Tambe
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3604
Facsimile: (212) 755-7306
Email: jtambe@jonesday.com

*Attorney for Defendant Wells Fargo Bank,*
*N.A.*