UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX LIGHT SF LIMITED, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | No. 1:14-CV-10102 (RMB) <br><br> ECF Case |

# RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Wells Fargo Bank, N.A., a national banking association organized under the laws of the United States, certifies that it is wholly owned by Wells Fargo & Company, a publicly traded corporation organized under the laws of the State of Delaware, and that there is no person or entity that owns more than 10 percent of the shares of Wells Fargo & Company.

Dated: February 9, 2015
      New York, New York

    /s/ Jayant W. Tambe
    Jayant W. Tambe
    Howard F. Sidman
    Jason Jurgens
    JONES DAY
    222 East 41st Street
    New York, New York 10017
    Telephone: (212) 326-3939
    Facsimile: (212) 755-7306

    *Counsel for Defendant Wells Fargo Bank, N.A*