UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHOENIX LIGHT SF LIMITED, ET AL.,

        Plaintiffs,

    v.

WELLS FARGO BANK, N.A.,

        Defendant.

No. 1:14-CV-10102 (RMB)

ECF Case

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jason Jurgens of Jones Day, with offices located at 222 East 41st Street, New York, NY 10017, hereby appears on behalf of defendant Wells Fargo Bank, N.A.

I hereby certify that I am admitted to practice before this Court.

Dated: February 9, 2015
       New York, New York

                          /s/ Jason Jurgens
                          Jason Jurgens
                          JONES DAY
                          222 East 41st Street
                          New York, New York 10017
                          Telephone: (212) 326-3771
                          Facsimile: (212) 755-7306
                          Email: jjurgens@jonesday.com

                          *Attorney for Defendant Wells Fargo Bank, N.A.*