UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHOENIX LIGHT SF LIMITED, ET AL.,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. 1:14-CV-10102 (RMB)

ECF Case

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Howard F. Sidman of Jones Day, with offices located at 222 East 41st Street, New York, NY 10017, hereby appears on behalf of defendant Wells Fargo Bank, N.A.

I hereby certify that I am admitted to practice before this Court.

Dated: February 9, 2015
       New York, New York

/s/ Howard F. Sidman
Howard F. Sidman
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3418
Facsimile: (212) 755-7306
Email: hfsidman@jonesday.com

*Attorney for Defendant Wells Fargo Bank, N.A.*