UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PHOENIX LIGHT SF LIMITED, in its own right and the right of BLUE HERON FUNDING II LTD., BLUE HERON FUNDING V LTD., BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD, BLUE HERON FUNDING IX LTD., C-BASS CBO XIV LTD., C-BASS CBO XVII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC and SILVER ELMS CDO II LIMITED; and each of BLUE HERON FUNDING II LTD., BLUE HERON FUNDING V LTD., BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD, BLUE HERON FUNDING IX LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC and SILVER ELMS CDO II LIMITED, in their own right

: Index No. 14-cv-10102

                                       Plaintiffs,

    -against-

WELLS FARGO BANK, N.A.,

                                       Defendant.

------------------------------------------------------------x

## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

      Please enter my appearance in the above-captioned case as an additional attorney of record for Plaintiffs.  I kindly request receipt of electronic ECF notifications in this matter.

      I certify that I am admitted to practice in this Court.

Dated: New York, New York　　　　　Respectfully submitted,
　　　　　February 26, 2015

By:　*/s/ Danielle A. D'Aquila*
　　　Danielle A. D'Aquila
　　　WOLLMUTH MAHER & DEUTSCH LLP
　　　500 Fifth Ave
　　　New York, New York 10110
　　　Phone: (212) 382-3300
　　　Fax: (212) 382-0050
　　　ddaquila@wmd-law.com

　　　*Attorneys for Plaintiffs for All Claims Except to the Extent they Relate to FFML 2006-FAA*

## **CERTIFICATE OF SERVICE**

      I, Danielle A. D'Aquila, certify that on February 26, 2015, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served on all counsel of record by electronic delivery via the ECF system.

                                                */s/ Danielle A. D'Aquila*