UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PHOENIX LIGHT SF LIMITED, in its own right and the right of BLUE HERON FUNDING II LTD., BLUE HERON FUNDING V LTD., BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD, BLUE HERON FUNDING IX LTD., C-BASS CBO XIV LTD., C-BASS CBO XVII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC and SILVER ELMS CDO II LIMITED; and each of BLUE HERON FUNDING II LTD., BLUE HERON FUNDING V LTD., BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD, BLUE HERON FUNDING IX LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC and SILVER ELMS CDO II LIMITED, in their own right

:  Index No.  14-cv-10102

Plaintiffs,

-against-

WELLS FARGO BANK, N.A.,

Defendant.

------------------------------------------------------------x

## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

PLEASE TAKE NOTICE, that Niraj J. Parekh of Wollmuth Maher & Deutsch LLP hereby appears in the above-captioned case as an additional attorney of record for Plaintiffs.  I kindly request receipt of electronic ECF notifications in this matter.

I certify that I am admitted to practice in this Court.

Dated: New York, New York  Respectfully submitted,
      March 9, 2015

                                  By:    */s/ Niraj J. Parekh*
                                            Niraj J. Parekh
                                            WOLLMUTH MAHER & DEUTSCH LLP
                                            500 Fifth Ave
                                            New York, New York 10110
                                            Phone: (212) 382-3300
                                            Fax: (212) 382-0050
                                            nparekh@wmd-law.com

                                            *Attorneys for Plaintiffs for All Claims Except*
                                            *to the Extent they Relate to FFML 2006-FAA*

## CERTIFICATE OF SERVICE

I, Niraj J. Parekh, certify that on February 27, 2015, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served on all counsel of record by electronic delivery via the ECF system.

*/s/ Niraj J. Parekh*