**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLACKROCK BALANCED CAPITAL PORTFOLIO (FI), *et al.*, | Case No. 14-cv-09367-RMB |
| Plaintiffs, | |
| -against- | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY; and DEUTSCHE BANK TRUST COMPANY AMERICAS, | |
| Defendants, | |
| -and- | |
| the Trusts Identified in Exhibit 1, | |
| Nominal Defendants. | |
| BLACKROCK ALLOCATION TARGET SHARES: SERIES S PORTFOLIO, *et al.*, | Case No. 14-cv-09371-RMB |
| Plaintiffs, | |
| -against- | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | |
| Defendant, | |
| -and- | |
| the Trusts Identified in Exhibit 1, | |
| Nominal Defendants. | |
| ROYAL PARK INVESTMENTS SA/NV, Individually and on Behalf of All Others Similarly Situated, | Case No. 14-cv-09764-RMB-SN |
| Plaintiffs, | |
| -against- | |
| WELLS FARGO BANK, N.A., as Trustee, | |
| Defendant. | |

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION, <br><br> Defendant. | Case No. 14-cv-10067-RMB |
| PHOENIX LIGHT SF LIMITED, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. 14-cv-10102-RMB |

**JOINT STATEMENT**
**IN ADVANCE OF JULY 13, 2015 CONFERENCE**

The undersigned counsel for the parties in the above-captioned actions (the "Actions") respectfully submit this Joint Statement in advance of the July 13, 2015 conference, as scheduled pursuant to the Court's February 11, 2015 Case Management Plan.

## I.       PROCEDURAL STATUS OF THE CASES

Between November 24, 2014 and March 13, 2015, Plaintiffs filed the operative complaints in these Actions (the "Complaints").  On April 30, 2015, Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas (collectively "Defendants") filed their Joint Motion to Dismiss the Complaints (the "Joint Motion to Dismiss"), which Plaintiffs opposed.  The Joint Motion to Dismiss is now fully briefed and pending a decision from the Court.

## II.      STATUS OF SETTLEMENT DISCUSSIONS

The parties have not yet discussed settlement and respectfully submit that any such discussions are premature and would not be productive until after the Court has ruled on Defendants' Joint Motion to Dismiss.  In light of the current status of the cases and prematurity of settlement discussions, many parties have not arranged to bring client representatives to the conference.  If the Court desires attendance by client representatives, the parties respectfully request a brief adjournment of the conference to coordinate the attendance of client representatives.

## III.     STATUS OF DISCOVERY

Discovery has been ongoing in these Actions.  On April 3, 2015, the parties exchanged Initial Disclosures.  On April 27, 2015, the *BlackRock* Plaintiffs served document requests upon Defendants, and Defendants have served their objections and responses to those requests.  On May 11, 2015, the *NCUA* Plaintiffs served document requests upon Wells Fargo, and on June 10, 2015, Wells Fargo served its objections and responses to the *NCUA* Plaintiffs' document requests.  On June 5, 2015, Wells Fargo served its document requests on the *NCUA* Plaintiffs, and on July 8,

2015, the *NCUA* Plaintiffs served their responses and objections to Wells Fargo's document requests.  On March 24, 2015, Plaintiff *Royal Park* served its documents requests on Wells Fargo, and on April 23, 2015, Wells Fargo served its objections and responses to Plaintiff *Royal Park's* document requests.  On June 3, 2015, Wells Fargo served document requests on Plaintiff *Royal Park*, and on July 8, 2015, Plaintiff *Royal Park* served its responses and objections.  On April 25, 2015, the *Phoenix Light* Plaintiffs served document requests on Wells Fargo, and on May 26, 2015, Wells Fargo served its objections and responses to the *Phoenix Light* Plaintiffs' document requests. On June 5, 2015, Wells Fargo served document requests on the *Phoenix Light* Plaintiffs, and on July 8, 2015, the *Phoenix Light* Plaintiffs served their responses and objections.

Discovery efforts remain ongoing.  The parties are meeting and conferring to discuss their document requests and the appropriate scope of discovery, as well as a stipulation and proposed order governing the disclosure of confidential information and a protocol for the production of electronic information by parties and non-parties.

Pursuant to the Court's February 11, 2015 Case Management Plan, all discovery in the Actions is to be completed by July 13, 2015.  As the Court anticipated during the February 11, 2015 conference, this date has proven not to be sufficient (*see* Transcript of Feb. 11, 2015 Conference, ECF No. 42, at 3:4-7).  In advance of the July 13, 2015 conference, the parties met and conferred and stipulated to extend the discovery cut-off date for the Actions to April 29, 2016, subject to the Court's approval.  *See* July 6, 2015 Letter from Timothy A. DeLange, ECF No. 83. The parties' request to extend the discovery deadline to April 29, 2016, remains pending.

The parties respectfully submit that good cause exists to extend the discovery cut-off to April 29, 2016.  First, since the Court entered the Case Management Plan on February 11, 2015, certain plaintiffs have amended their complaints.  Second, Defendants' Joint Motion to Dismiss

remains pending before the Court.  Finally, the parties are still in the process of conferring concerning the scope of their respective document productions, and have yet to initiate third party discovery (including identifying and locating relevant third parties from which production of relevant information such as voluminous loan files and servicing files is anticipated), deposition discovery, and expert discovery.

## IV.    OTHER MATTERS

Other than the foregoing, the parties have no other matters they will raise with the Court at the July 13th conference.

## V.    CONCLUSION

The parties look forward to discussing these issues, and the parties' application to extend the discovery deadline to April 29, 2016, at the July 13, 2015 conference.


Dated:  July 9, 2015                            Respectfully submitted,


BERNSTEIN LITOWITZ BERGER          JONES DAY
&  GROSSMANN LLP

*/s/ Timothy A. DeLange*                         */s/Howard F. Sidman*
TIMOTHY A. DeLANGE                   HOWARD D. SIDMAN

Blair A. Nicholas (admitted *pro hac vice*)      Jayant W. Tambe
Timothy A. DeLange (admitted *pro hac vice*)     Howard F. Sidman
Benjamin Galdston (admitted *pro hac vice*)      Jason Jurgens
Lucas E. Gilmore (admitted *pro hac vice*)       222 East 41st Street
12481 High Bluff Drive, Suite 300                New York, NY 10017
San Diego, CA 92130                              Tel: (212) 326-3939
Tel: (858) 793-0070                              Fax: (212) 755-7306
Fax: (858) 793-0323                              jtambe@jonesday.com
blairn@blbglaw.com                               hfsidman@jonesday.com
timothyd@blbglaw.com                             jjurgens@jonesday.com
beng@blbglaw.com                                   -and-
lucas.gilmore@blbglaw.com                        Traci L. Lovitt
                                                 100 High Street, 21st Floor
*Counsel for BlackRock Plaintiffs*               Boston, MA 02110
                                                 Tel: (617) 449-6900
                                                 Fax: (617) 449-6999

-3-

WOLLMUTH MAHER & DEUTSCH LLP

/s/ Steven S. Fitzgerald
STEVEN S. FITZGERALD

David H. Wollmuth
Randall R. Rainer
Michael C. Ledley
Steven S. Fitzgerald
Niraj J. Parekh
500 Fifth Avenue
New York, New York 10110
Phone: (212) 382-3300
Fax: (212) 382-0050
dwollmuth@wmd-law.com
rrainer@wmd-law.com
mledley@wmd-law.com
sfitzgerald@wmd-law.com
nparekh@wmd-law.com

KOREIN TILLERY LLC

George A. Zelcs
John A. Libra
Matthew C. Davies
Max C. Gibbons
205 N. Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 961-6112
Fax: (314) 241-3525
gzelcs@koreintillery.com
jlibra@koreintillery.com
mdavies@koreintillery.com
mgibbons@koreintillery.com
cstuart@koreintillery.com
cbell@koreintillery.com
   -and-
Stephen M. Tillery
505 North Seventh Street, Suite 3600
St. Louis, MO 63101-1625
Tel: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com

*Attorneys for Phoenix Light Plaintiffs*

tlovitt@jonesday.com

*Counsel for Defendants Wells Fargo Bank,
N.A., as Trustee*

MORGAN, LEWIS & BOCKIUS LLP

/s/ Elizabeth A. Frohlich
ELIZABETH A. FROHLICH

William P. Quinn, Jr. (admitted *pro hac vice*)
Elizabeth A. Frohlich (admitted *pro hac vice*)
Bernard J. Garbutt, III
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6000
Fax: (212) 309-6001
wquinn@morganlewis.com
efrohlich@morganlewis.com
bgarbutt@morganlewis.com

*Counsel for Defendants Deutsche Bank
National Trust Company and Deutsche Bank
Trust Company Americas*

-4-

KOREIN TILLERY LLC

*/s/ John A. Libra*
JOHN A. LIBRA

George A. Zelcs
John A. Libra
Matthew C. Davies
Max C. Gibbons
205 North Michigan Plaza, Suite 1950
Chicago, Illinois 60601
Phone: (312) 641-9750
Fax: (312) 641-9760
gzelcs@koreintillery.com
jlibra@koreintillery.com
mdavies@koreintillery.com
mgibbons@koreintillery.com

     -and-

Stephen M. Tillery
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, Missouri 63101-1625
Phone: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com


KELLOG, HUBER, HANSEN, TODD,
EVANS & FIGEL, PLLC

DAVID C. FREDERICK
WAN J. KIM
GREGORY G. RAPAWY
SCOTT K. ATTAWAY
BENJAMIN P. TAIBLESON
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7951
Fax: (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
sattaway@khhte.com
btaibleson@khhte.com

WOLLMUTH MAHER & DEUTSCH LLP

DAVID H. WOLLMUTH
WILLIAM A. MAHER
NIRAJ J. PAREKH
RANDALL R. RAINER
STEVEN S. FITZGERALD
RYAN A. KANE
DANIEL A. D'AQUILA
500 Fifth Avenue
New York, NY 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
DWollmuth@wmd-law.com
wmaher@wmd-law.com
nparekh@wmd-law.com
RRainer@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wmd-law.com
ddaquila@wmd-law.com

Michael J. McKenna, General Counsel
John K. Ianno, Associate General Counsel
NATIONAL CREDIT UNION
ADMINISTRATION
1775 Duke Street
Alexandrai, VA 22314
mikem@ncua.gov
johni@ncua.gov

*Counsel for Plaintiffs National Credit Union
Administration Board, et al.*


ROBBINS GELLER RUDMAN
    & DOWD LLP

*s/ Christopher M. Wood*
CHRISTOPHER M. WOOD

Christopher M. Wood
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2203
Fax: (615) 252-3798

Steven W. Pepich
Jennifer N. Caringal
Arthur C. Leahy
Cody R. Lejeune
Ashley M. Robinson
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423

Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173

*Counsel for Plaintiff Royal Park Investments*
*SA/NV*