**Exhibit A**

| | **Trust** | **Short Title** | **Depositor** | **Sponsor** |
|---|---|---|---|---|
| 1 | Asset Backed Funding Corporation Asset Backed Certificates, Series 2006-OPT2 | ABFC 2006-OPT2 | Asset Backed Funding Corporation | Bank of America, National Association |
| 2 | Bear Stearns Mortgage Funding Trust 2006-AR3 | BSMF 2006-AR3 | Structured Asset Mortgage Investments II Inc. | EMC Mortgage Corporation |
| 3 | Carrington Mortgage Loan Trust, Series 2006-NC3 | CARR 2006-NC3 | Stanwich Asset Acceptance Company, L.L.C. | Carrington Securities, LP |
| 4 | Carrington Mortgage Loan Trust, Series 2006-NC4 | CARR 2006-NC4 | Stanwich Asset Acceptance Company, L.L.C. | Carrington Securities, LP |
| 5 | Carrington Mortgage Loan Trust, Series 2007-FRE1 | CARR 2007-FRE1 | Stanwich Asset Acceptance Company, L.L.C. | Carrington Securities, LP |
| 6 | First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2006-FFA | FFML 2006-FFA | Structured Asset Securities Corporation | Lehman Brothers Holdings Inc. |
| 7 | Impac CMB Trust Series 2005-6 | IMM 2005-6 | IMH Assets Corp. | Impac Mortgage Holdings, Inc. |
| 8 | Impac Secured Assets Corp, Mortgage Pass-Through Certificates, Series 2005-2 | IMSA 2005-2 | Impac Secured Assets Corp. | Impac Funding Corporation |
| 9 | Option One Mortgage Loan Trust 2007-3 | OOMLT 2007-3 | Option One Mortgage Acceptance Corporation | Option One Mortgage Corporation |
| 10 | Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-2 | OWNIT 2006-2 | Merrill Lynch Mortgage Investors, Inc. | Merrill Lynch Mortgage Lending Inc. |
| 11 | Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WLL1 | PPSI 2005-WLL1 | Park Place Securities, Inc. | Ameriquest Mortgage Company |
| 12 | Securitized Asset Back Receivables LLC Trust 2006-FR2 | SABR 2006-FR2 | Securitized Asset Backed Receivables LLC | Sutton Funding LLC |
| 13 | Securitized Asset Backed Receivables LLC Trust 2006-WM2 | SABR 2006-WM2 | Securitized Asset Backed Receivables LLC | Sutton Funding LLC |