# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3418
hfsidman@JonesDay.com

March 17, 2017

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *Coordinated RMBS Trustee Actions Against Wells Fargo*,
             Case Nos. 14-cv-09371; 14-cv-09764; 14-cv-10067; 14-cv-10102; 15-cv-10033

Dear Judge Netburn:

    We represent defendant Wells Fargo Bank N.A. ("Wells Fargo"). We apologize for burdening the Court with a separate letter. Suffice it to say that Wells Fargo disagrees with Plaintiffs' characterization of this evening's events. Wells Fargo is disappointed that Plaintiffs filed their own letter after Wells Fargo had given them permission to file a joint letter (albeit with a reservation of rights) even though Plaintiffs had steadfastly refused to share their "response" with Wells Fargo in advance.

    In any event, Wells Fargo stands by its position as set forth in Plaintiffs' letter filed earlier this evening.

                                              Respectfully submitted,

                                              */s/ Jason Jurgens*
                                                Jason Jurgens

cc: All Counsel of Record (via ECF)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON