UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PHOENIX LIGHT SF LTD. et al.,

                                  Plaintiffs,          14-CV-10102 (KPF)(SN)

-against-                                   **ORDER**

WELLS FARGO BANK, NATIONAL
ASSOCIATION,

                                  Defendant.
------------------------------------------------------------------X
------------------------------------------------------------------X

COMMERZBANK A.G.,

                                  Plaintiff,           15-CV-10033 (KPF)(SN)

-against-

WELLS FARGO BANK, N.A.,

                                  Defendant.
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On November 6, 2019, Plaintiffs filed a pre-motion letter requesting leave to move to strike portions of Defendant's expert reports relying on information obtained in <u>BlackRock et al. v. Wells Fargo Bank, N.A.</u>, 14-cv-9371. The parties are directed to appear for a telephone conference on Friday, November 15, 2019, at 12:30 p.m. At that time, the parties shall jointly call (212) 805-0286 with all counsel on the line. In the alternative, the parties may provide the Court with a dial-in conference number by no later than Thursday, November 14, 2019.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
November 12, 2019                              United States Magistrate Judge
New York, New York