USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2020

# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

March 31, 2020

**VIA ECF**

The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square, Room 430
New York, New York 10007

Re:  *NCUA et al v. Wells Fargo Bank, N.A.*, 14-cv-10067 (KPF) (SN)
     *Phoenix Light SF Ltd. et al. v. Wells Fargo Bank, N.A.*, 14-cv-10102 (KPF) (SN)
     *Commerzbank AG v. Wells Fargo Bank, N.A.*, 15-cv-10033 (KPF) (SN)

Dear Judge Netburn:

      We write regarding Your Honor's March 30, 2020 Order resolving the parties' disagreement about page limits on upcoming summary judgment briefs. As reflected in Plaintiffs' March 26, 2020 letter to the Court, during the meet and confer process, the parties agreed that: (a) Wells Fargo's time to serve its combined oppositions to the Plaintiffs' summary judgment motions and its reply in support of its own motions for summary judgment may be expanded from 30 to 60 days (to July 13, 2020), with Plaintiffs' cross-motion replies due 30 days later (August 12, 2020); and (b) the parties may seek relief to the extent disruptions caused by COVID-19 create the need for additional extensions. *See Letter from Scott Attaway to Hon. S. Netburn, dated March 26, 2020* [*NCUA* Dkt. No. 494, *Phoenix Light* Dkt. No. 510, and *Commerzbank* Dkt. No. 466].

      We respectfully request that the Court approve the parties' agreement.

Respectfully submitted,

*/s/ Howard F. Sidman*
Howard F. Sidman
Jones Day
*Counsel for Wells Fargo Bank, N.A.*

---

The requested extensions are GRANTED. The parties may seek relief to the extent disruptions caused by COVID-19 create the need for additional extensions.
**SO ORDERED**

April 1, 2020
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge