```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PHOENIX LIGHT SF LTD. et al.,

                              **Plaintiffs,**                    14-CV-10102 (KPF)(SN)

       -against-                                            **ORDER**

WELLS FARGO BANK, NATIONAL
ASSOCIATION,

                              **Defendant.**
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      By April 24, 2020, Plaintiffs shall file a response, if any, to Defendant's motion for leave to amend, ECF No. 516. If Plaintiffs do not file a response or request an extension of time by that date, the Court will consider Defendant's motion fully briefed and ready for judicial resolution.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

April 20, 2020
New York, New York