```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**PHOENIX LIGHT SF LTD., et al.,**

                            **Plaintiffs,**        **14-CV-10102 (KPF)(SN)**

           -against-

**WELLS FARGO BANK, N.A.,**

                            **Defendant.**
-------------------------------------------------------------------X
-------------------------------------------------------------------X

**COMMERZBANK AG,**

                            **Plaintiff,**        **15-CV-10033 (KPF)(SN)**

           -against-

**WELLS FARGO BANK, N.A.,**

                            **Defendant.**
-------------------------------------------------------------------X

                           **ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

     The Court GRANTS the Parties' joint-request to file documents under seal, at 14-cv-10102, ECF No. 549, and 15-cv-10033, ECF No. 495, on an interim basis and may reconsider this ruling when a decision is issued on the underlying motions. The parties may: (1) redact or file under seal nonpublic personal borrower information found in the Motion Papers; (2) redact or file under seal nonpublic sensitive information of current and former employees found in the Motion Papers; (3) file under seal complete documents that contain voluminous amounts of nonpublic personal borrower information; (4) publicly file documents containing full loan numbers where those loan numbers are not connected to any nonpublic personal borrower information; (5) file publicly those portions of deposition

transcripts that are cited in the Motion papers, while filing the full deposition transcripts under seal; and (6) file under seal a limited number of documents included in the Motion Papers that contain proprietary or competitively sensitive information regarding the Parties' businesses, litigation strategies, and/or implicate privacy interests of nonparties.

The Court additionally GRANTS the non-party motions at 14-cv-10102, ECF No. 547, and 15-cv-10033, ECF No. 493.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:   March 2, 2021
         New York, New York