```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PHOENIX LIGHT SF LTD., et al.,

                              Plaintiffs,                    14-CV-10102 (KPF)(SN)

       -against-                                  **ORDER**

WELLS FARGO BANK, N.A.,

                              Defendant.

------------------------------------------------------------X
------------------------------------------------------------X

COMMERZBANK AG,

                              Plaintiff,                    15-CV-10033 (KPF)(SN)

      -against-

WELLS FARGO BANK, N.A.,

                              Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court has issued a Report and Recommendation regarding the parties' cross-motions for summary judgment which quotes exhibits that the Court previously permitted, on an interim basis, to be filed under seal. See ECF. No. 553. In light of that previous order, the Court's publicly available Report and Recommendation includes limited redactions. The Court has issued an unredacted version of the Report and Recommendation under seal.

      The parties are ORDERED to meet and confer as to whether the language redacted by the Court for the publicly available Report and Recommendation merits continued redaction. No later than December 10, 2021, the parties shall file a joint letter setting out

their positions and, as necessary, provide supporting explanation for each separate instance of redacted language.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:  December 6, 2021
        New York, New York