UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PHOENIX LIGHT SF LTD., et al.,

                Plaintiffs,                14-CV-10102 (KPF)(SN)

     -against-

                                                        ORDER

WELLS FARGO BANK, N.A.,

                Defendant.

-----------------------------------------------------------------X
-----------------------------------------------------------------X

COMMERZBANK AG,

                Plaintiff,                 15-CV-10033 (KPF)(SN)

     -against-

WELLS FARGO BANK, N.A.,

                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the parties' joint submissions stating that they will not seek to keep the redacted language in the Court's Report and Recommendation under seal, the Clerk of Court is respectfully directed to unseal ECF No. 644 in <u>Phoenix Light SF Ltd. v. Wells Fargo Bank, N.A.</u> (14-cv-10102) and ECF No. 592 in <u>Commerzbank AG v. Wells Fargo Bank, N.A.</u> (15-cv-10033).

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                              United States Magistrate Judge

Dated:  December 10, 2021
            New York, New York