UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX LIGHT SF LTD., *et al.*, <br><br> Plaintiffs, <br><br> -v.- <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | 14 Civ. 10102 (KPF) (SN) |
| COMMERZBANK AG, <br><br> Plaintiff, <br><br> -v.- <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | 15 Civ. 10033 (KPF) (SN) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The parties are hereby ORDERED to appear for a telephonic conference on **December 15, 2021, at 3:00 p.m.**  At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533.

    SO ORDERED.

Dated:  December 15, 2021
         New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge