UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX LIGHT SF LTD., *et al.*, <br><br> Plaintiffs, <br><br> -v.- <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | 14 Civ. 10102 (KPF) (SN) |
| COMMERZBANK AG, <br><br> Plaintiff, <br><br> -v.- <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | 15 Civ. 10033 (KPF) (SN) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On December 15, 2021, the Court held a telephonic conference addressing the parties' proposed briefing schedule for their objections to Magistrate Judge Sarah Netburn's December 6, 2021 Report and Recommendation. (*See* Minute Entry for December 15, 2021). As stated at the conference, the Court adopts the following briefing schedule:

- Objections to the Report and Recommendation shall be filed on or before **January 14, 2022**;

- Opposition briefs shall be filed on or before **February 22, 2022**; and

- Reply briefs shall be filed on or before **March 15, 2022**

The parties shall file consolidated submissions. The parties' objections and opposition briefs shall be no more than 40 pages in length, and their reply briefs shall be no more than 20 pages in length.

Additionally, for the reasons stated at the conference, the Court directs the Clerk of Court to STAY these cases pending further order of the Court.

SO ORDERED.

Dated: December 15, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge