UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHOENIX LIGHT SF LTD., et al.,

                 Plaintiffs,                                  14 **CIVIL** 10102 (KPF)(SN)

    -against-

WELLS FARGO BANK, N.A.,
                 Defendant.
-----------------------------------------------------------X
 COMMERZBANK AG,

                 Plaintiff,                                   15 **CIVIL** 10033 (KPF)(SN)

    -against-                                       **<u>JUDGMENT</u>**

 WELLS FARGO BANK, N.A.,
                 Defendant.
-----------------------------------------------------------X

   It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 12, 2022, Defendant's motion for summary judgment is GRANTED as to the Phoenix Light Plaintiffs' claims in their entirety. Further, the Court has GRANTED in part and DENIED in part the parties' cross-motions for summary judgment as to Commerzbank's claims. More specifically, the Court: has GRANTED Defendant's motion for summary judgment as to Commerzbank's claims arising out of the Sold Certificates; GRANTED Defendant's motion for summary judgment as to Commerzbank's claims arising out of the Negating Clause Securities, except with respect to the four loans upon which Judge Netburn reserved judgment; GRANTED Defendant's motion for summary judgment as to Commerzbank's claims arising out of the Separate Trustee Claims, except with respect to the eight loans upon which Judge Netburn reserved judgment; GRANTED Defendant's motion for summary judgment as to the Early EOD Trusts, with the exception of Commerzbank's claims arising out of the

OOMLT 2006-2 Trust; GRANTED Defendant's motion for summary judgment as to the German SOL Trusts; GRANTED Defendant's motion for summary judgment as to the Exception Report Trusts, with the exception of claims under trusts (i) GPMF 2005-AR4; (ii) GPMF 2006-AR1; (iii) GPMF 2006-AR3; (iv) MSAC 2005-WMC5; and (v) OWNIT 2006-2; and DENIED Defendant's motion for summary judgment as to the Liquidated Loans Trusts. Judgment is entered for Defendant; accordingly, case 14cv10102 is closed.

**Dated:**  New York, New York
July 12, 2022

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:** K. Mango
**Deputy Clerk**